**No. 10-7238. Martin Ruiz Singh, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 679, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9098.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 375 Fed. Appx. 671.

**No. 10-7244. Van Phong Nguyen, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 679, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9171.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 608 F.3d 368.

**No. 10-7245. Michael E. Nance, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 680, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9160.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 611 F.3d 409.

**No. 10-7248. Jerome E. Marshall, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 680, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9206.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-7249. Karen Allen, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 680, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9116.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 603 F.3d 1202.

**No. 10-7250. Hector Guillermo Balleza, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 680, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9432.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 613 F.3d 432.

**No. 10-7255. Elijah James Chisolm, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 680, 178 L. Ed. 2d 505, 2010 U.S. LEXIS 9134.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 43.